*E-Filed: October 8, 2013*

Lawrence A. Organ, State Bar No. 175503
Barbara E. Figari, State Bar No. 251942
Robert J.A. Fordiani, State Bar No. 256041
EQUALITY LAWYERS, LLP
9100 Wilshire Boulevard, Suite 333E
Beverly Hills, CA   90210
(310) 910-9442
(310) 910-9446 FAX

Attorneys for Plaintiff
ROSARIO ALONSO

Rex Darrell Berry
BERRY & BLOCK, LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, an individual, | ) Case No. 5:12-CV-06269-HRL |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION CONTINUING EXPERT** |
| | ) **DESIGNATION DATE;** ~~**[PROPOSED]**~~ |
| WALGREEN CO., and DOES 1 – 50, | ) **ORDER** |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Rosario Alonzo ("Plaintiff") and Defendants Walgreen Co. ("Defendant"),

through their respective counsel of record, stipulate and agree as follows:

The parties have engaged in significant written and deposition discovery.  However, in

light of availability and location, the parties have agreed on deposition dates for indispensable

witnesses to occur after the discovery cut-off date.  The indispensable witnesses to be deposed

---

1

**STIPULATION**

are Walgreen's person most knowledgeable and human resource person, which are currently set to take place in Chicago, Illinois on September 25, 2013 and September 26, 2013, respectively.

WHEREAS the testimony sought at deposition of Walgreen's person most knowledgeable and human resource person is important for the purpose of any retained expert's opinion as to  the facts and circumstances involved in this matter, and is therefore significant for any expert's reports or findings that may either be relied upon by the parties or assist the finder of fact.

WHEREAS, the original date for designation of expert witnesses with reports was August 6, 2013.

WHEREAS, the parties jointly stipulated on June 4, 2013 to extend the discovery-cut-off date and designation of experts with reports from August 6, 2013 to September 23, 2013; rebuttal experts with reports deadline extended from September 3, 2013 to October 21, 2013; expert discovery cut-off date extended from September 17, 2013 to November 4, 2013; Last Day for Hearings on Dispositive Motions extended from November 12, 2013 at 10:00 a.m. to December 31, 2013 at 10:00 a.m.; and Final Pretrial Conference extended from December 10, 2013 at 1:30 p.m. to February 11, 2014.

WHEREAS, the signed joint stipulation was entered by the Court on June 5, 2013.

WHEREAS, per the Court's Local Rules, counsel for the parties have met and conferred on scheduling dates and location of remaining depositions and extending the date for each side to designate experts with reports.

WHEREAS, the parties jointly agreed to extend the date for designation of expert witnesses with reports to October 4, 2013;

NOW THEREFORE, The undersigned parties submit this stipulated request and respectfully request that the Court issue an Order as follows:

In order to accommodate the parties in completing the deposition discovery of indispensable witnesses, and providing such information for possible expert witnesses and their preparation of reports, the parties respectfully request an extension of the deadline to designate experts with reports, and the Court include in its Order the following:

The designation of experts with reports will be extended from September 23, 2013 to

**STIPULATION**

1   October 4, 2013 ~~or any such later dates as the Court see fit~~;

2        The designation of rebuttal experts with reports deadline will be extended from October

3   21, 2013 to November 4, 2013~~, or any such later dates~~.

4        The expert discovery cut-off date will be extended from November 4, 2013 to November

5   22, 2013~~, or any such later dates~~.

6

7        IT IS SO STIPULATED:

8

9        Date: September 25, 2013               EQUALITY LAWYERS

10

11                                    /s/ Robert J.A. Fordiani

                                 LARRY ORGAN

12                                    BARBARA FIGARI

                                 ROBERT FORDIANI

13                                    Attorney for Plaintiff

14

15        Date: September 25, 2013               BERRY & BLOCK, LLP

16

17

18                                    REX DARRELL BERRY

19                                    Attorney for Defendant

20        IT IS SO ORDERED

21

22        Date:    October 8   , 2013

23

24                              HOWARD ~~L. LLYOD~~ R. LLOYD

25                              UNITED STATES MAGISTRATE
                           JUDGE

26

27

28

**STIPULATION**