*E-Filed: October 8, 2013*

1 Lawrence A. Organ, State Bar No. 175503
Barbara E. Figari, State Bar No. 251942
2 Robert J.A. Fordiani, State Bar No. 256041
EQUALITY LAWYERS, LLP
3 9100 Wilshire Boulevard, Suite 333E
Beverly Hills, CA   90210
4 (310) 910-9442
(310) 910-9446 FAX
5
Attorneys for Plaintiff
6 ROSARIO ALONSO

7

Rex Darrell Berry
8 BERRY & BLOCK, LLP
2150 River Plaza Drive, Suite 415
9 Sacramento, CA 95833
(916) 564-2000
10 (916) 564-2024 FAX

11 Attorneys for Defendant
WALGREEN CO.
12

13

14                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
15

16

17 ROSARIO ALONSO, an individual,            ) Case No. 5:12-CV-06269-HRL
                                             )
18                                           )
          Plaintiff,                         )
19                                           )
   v.                                        ) **STIPULATION CONTINUING EXPERT**
20                                           ) **DESIGNATION DATE; [PROPOSED]**
   WALGREEN CO., and DOES 1 – 50,            ) **ORDER**
21 inclusive,                                )
                                             )
22                                           )
          Defendants.                        )
23 ─────────────────────────────────────────)

24        Plaintiff Rosario Alonzo ("Plaintiff") and Defendants Walgreen Co. ("Defendant"),

25 through their respective counsel of record, stipulate and agree as follows:

26        The parties have engaged in significant written and deposition discovery.  However, in

27 light of availability and location, the parties have agreed on deposition dates for indispensable

28 witnesses to occur after the discovery cut-off date.  The indispensable witnesses to be deposed

─────────────────────────────────────────────────────────────────────

1

**STIPULATION**

1    are Walgreen's person most knowledgeable and human resource person, which are currently set

2    to take place in Chicago, Illinois on September 25, 2013 and September 26, 2013, respectively.

3            WHEREAS the testimony sought at deposition of Walgreen's person most

4    knowledgeable and human resource person is important for the purpose of any retained expert's

5    opinion as to  the facts and circumstances involved in this matter, and is therefore significant for

6    any expert's reports or findings that may either be relied upon by the parties or assist the finder

7    of fact.

8            WHEREAS, the original date for designation of expert witnesses with reports was

     August 6, 2013.

9            WHEREAS, the parties jointly stipulated on June 4, 2013 to extend the discovery-cut-off

10   date and designation of experts with reports from August 6, 2013 to September 23, 2013;

11   rebuttal experts with reports deadline extended from September 3, 2013 to October 21, 2013;

12   expert discovery cut-off date extended from September 17, 2013 to November 4, 2013; Last Day

13   for Hearings on Dispositive Motions extended from November 12, 2013 at 10:00 a.m. to

14   December 31, 2013 at 10:00 a.m.; and Final Pretrial Conference extended from December 10,

15   2013 at 1:30 p.m. to February 11, 2014.

16           WHEREAS, the signed joint stipulation was entered by the Court on June 5, 2013.

17           WHEREAS, per the Court's Local Rules, counsel for the parties have met and conferred

18   on scheduling dates and location of remaining depositions and extending the date for each side

19   to designate experts with reports.

20           WHEREAS, the parties jointly agreed to extend the date for designation of expert

21   witnesses with reports to October 4, 2013;

22           NOW THEREFORE, The undersigned parties submit this stipulated request and

23   respectfully request that the Court issue an Order as follows:

24           In order to accommodate the parties in completing the deposition discovery of

25   indispensable witnesses, and providing such information for possible expert witnesses and their

26   preparation of reports, the parties respectfully request an extension of the deadline to designate

27   experts with reports, and the Court include in its Order the following:

28           The designation of experts with reports will be extended from September 23, 2013 to

---

2

**STIPULATION**

October 4, 2013 ~~or any such later dates as the Court see fit~~;

The designation of rebuttal experts with reports deadline will be extended from October 21, 2013 to November 4, 2013~~, or any such later dates~~.

The expert discovery cut-off date will be extended from November 4, 2013 to November 22, 2013~~, or any such later dates~~.


IT IS SO STIPULATED:


Date: September 25, 2013                              EQUALITY LAWYERS


                                                      ___/s/ Robert J.A. Fordiani
                                                      LARRY ORGAN
                                                      BARBARA FIGARI
                                                      ROBERT FORDIANI

                                                      Attorney for Plaintiff



Date: September 25, 2013                              BERRY & BLOCK, LLP



                                                      REX DARRELL BERRY

                                                      Attorney for Defendant


IT IS SO ORDERED


Date:    October 8    , 2013



                                                      HOWARD ~~L. LLYOD~~ R. LLOYD

                                                      UNITED STATES MAGISTRATE
                                                      JUDGE

**STIPULATION**