Lawrence A. Organ, State Bar No. 175503
Barbara E. Figari, State Bar No. 251942
Robert J.A. Fordiani, State Bar No. 256041
EQUALITY LAWYERS, LLP
9100 Wilshire Boulevard, Suite 333E
Beverly Hills, CA   90210
(310) 910-9442
(310) 910-9446 FAX

Attorneys for Plaintiff
ROSARIO ALONSO


Rex Darrell Berry
BERRY & BLOCK, LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.

*E-Filed: October 28, 2013*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, an individual, | Case No. 5:12-CV-06269-HRL |
| Plaintiff, | |
| v. | **STIPULATION CONTINUING EXPERT DESIGNATION DATE; [PROPOSED] ORDER** |
| WALGREEN CO., and DOES 1 – 50, inclusive, | |
| Defendants. | |

      Plaintiff Rosario Alonzo ("Plaintiff") and Defendants Walgreen Co. ("Defendant"), through their respective counsel of record, stipulate and agree as follows:

      The parties have engaged in significant written and deposition discovery.  However, in light of availability and location, the parties have agreed on deposition dates for indispensable witnesses to occur after the discovery cut-off date.  The indispensable witnesses to be deposed

1. are Walgreen's person most knowledgeable and human resource person, which were taken in
2. Chicago, Illinois on September 25, 2013 and September 26, 2013, respectively.  During the
3. depositions, additional documents were produced that could be relevant to expert testimony.  In
4. addition, the transcripts for the Chicago depositions have not been finalized yet.

WHEREAS the testimony sought at deposition of Walgreen's person most
knowledgeable and human resource person is important for the purpose of any retained expert's
opinion as to  the facts and circumstances involved in this matter, and is therefore significant for
any expert's reports or findings that may either be relied upon by the parties or assist the finder
of fact.

WHEREAS, the original date for designation of expert witnesses with reports was
August 6, 2013.

WHEREAS, the parties jointly stipulated on September 27, 2013 to extend  designation
of experts with reports from September 23, 2013 to October 4, 2013; rebuttal experts with
reports deadline extended from October 21, 2013 to November 4, 2013; expert discovery cut-off
date extended from November 4, 2013 to November 22, 2013.

WHEREAS, per the Court's Local Rules, counsel for the parties have met and conferred
on scheduling dates and location of remaining depositions and extending the date for each side
to designate experts with reports.

WHEREAS, the parties jointly agree to extend the date for designation of expert
witnesses with reports to October 11, 2013;

NOW THEREFORE, The undersigned parties submit this stipulated request and
respectfully request that the Court issue an Order as follows:

In order to accommodate the parties in providing  information for possible expert
witnesses and their preparation of reports, the parties respectfully request an extension of the
deadline to designate experts with reports, and the Court include in its Order the following:

The designation of experts with reports will be extended from October 4, 2013 to
October 11, 2013 or any such later dates as the Court see fit;

The designation of rebuttal experts with reports deadline will be extended from ~~October~~ November
4, 2013 to November 11, 2013, or any such later dates.

1  The expert discovery cut-off date will be extended from November 22, 2013 to
2  November 29, 2013, or any such later dates.

3
4  IT IS SO STIPULATED:
5
6  Date: October 8, 2013                                  EQUALITY LAWYERS
7
8                                          /s/ Larry A. Organ
   LARRY ORGAN
9  BARBARA FIGARI
   ROBERT FORDIANI
10
11 Attorney for Plaintiff

12
13 Date: October 8, 2013                                  BERRY & BLOCK, LLP
14
15                                         /s/ Rex Darrell Berry
   REX DARRELL BERRY
16
   Attorney for Defendant
17 IT IS SO ORDERED
18
19 Date:   October 28  , 2013
20
21                                                        HOWARD R. LLOYD
22                                                        UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION**