REX DARRELL BERRY, State Bar No. 110219  
BERRY & BLOCK LLP  
2150 River Plaza Drive, Suite 415  
Sacramento, CA 95833  
(916) 564-2000  
(916) 564-2024 FAX  

*E-Filed: October 28, 2013*

Attorneys for Defendant  
WALGREEN CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. 5:12-CV-06269-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY** |

## I. STIPULATION

The parties hereto, through their undersigned counsel of record, hereby stipulate as follows:

1. The current cut-off date for expert discovery is November 22, 2013;

2. Walgreen Co. ("Walgreens") is in the process of preparing, and will be filing, a motion for summary judgment and/or summary adjudication;

3. In order to proceed efficiently and cost-effectively with litigation, the parties agree that the depositions of Plaintiff's retained and non-retained experts, Ann Marie Noel and Dr. Shabi Kahn, may take place, if necessary, after the Court rules on Walgreen's motion for summary judgment and/or summary adjudication.

///

///

---

1

4. The parties agree that under any circumstances, the depositions of Plaintiff's experts, if necessary, will take place prior to January 31, 2014, well in advance of the Pretrial Conference in this case currently set for ~~March~~ February 11, 2014.

DATED: October 18, 2013

By _____
Rex Darrell Berry
Attorneys for Defendant
Walgreen Co.

DATED: October 18, 2013

By _____
Lawrence A. Organ
Attorneys for Plaintiff
Rosario Alonzo

## II. ORDER ~~[PROPOSED]~~

Based on the foregoing stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED:

The depositions of Plaintiff's retained and non-retained experts, Ms. Ann Marie Noel and Dr. Shabi Kahn, may take place, if necessary, following the close of expert discovery on November ~~22~~ 29, 2013, but will be completed on or before January 15, 2014.

DATED: October ~~18~~ 28, 2013

By _____
Howard R. Lloyd
United States Magistrate Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXPERT DISCOVERY