*E-Filed: January 22, 2014*

Lawrence A. Organ, State Bar No. 175503
Barbara E. Figari, State Bar No. 251942
Robert J.A. Fordiani, State Bar No. 256041
EQUALITY LAWYERS, LLP
407 San Anselmo Ave., Ste 201
San Anselmo, CA 94960
(415) 453-4740
(415) 785-7352 FAX
9100 Wilshire Boulevard, Suite 333E
Beverly Hills, CA 90210
(310) 910-9442
(310) 910-9446 FAX

Attorneys for Plaintiff
ROSARIO ALONSO


Rex Darrell Berry
BERRY & BLOCK, LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, an individual, | Case No. 5:12-CV-06269-HRL |
| Plaintiff, | |
| v. | JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE; [PROPOSED] ORDER (MODIFIED BY THE COURT) |
| WALGREEN CO., and DOES 1 – 50, inclusive, | Date: February 11, 2014<br>Time: 1:30 p.m.<br>Dept: Courtroom 2 |
| Defendants. | Judge: Hon. Howard R. Lloyd |

Plaintiff Rosario Alonzo ("Plaintiff") and Defendant Walgreen Co. ("Defendant") through their respective counsel of record, stipulate and agree to a continuance of the Pretrial Conference under Federal Rules of Civil Procedure Rule 16 currently set for February 11, 2014 at 1:30 p.m.

1

in Department 2 of this Court.

WHEREAS this matter came before this Court at hearing on Defendant's Motion for Summary Judgment on December 17, 2013. In consideration of the Court's recommendation for the parties to engage in alternative dispute resolution in this matter, the parties jointly stipulate and request a continuance of the Pretrial Conference to allow sufficient time to fully explore settlement at mediation and mandatory settlement conference.

WHEREAS the parties have previously engaged in early alternative dispute resolution on August 1, 2013 before Mediator Jay Folberg;

WHEREAS the parties have agreed to another neutral third-party mediator and have set mediation to occur on March 4, 2014, the first available date for the Mediator and all parties;

WHEREAS the Court has assigned Hon. Paul S. Grewal to preside over Mandatory Settlement Conference in this matter and the Mandatory Settlement Conference has been set for March 5, 2014, the first available date for Judge Grewal and all parties; and

WHEREAS the parties jointly agree to continue the Pretrial Conference to April 4, 2014.

NOW THEREFORE, the undersigned parties submit this stipulated request and respectfully ask that the Court issue an Order as follows:

In order to accommodate the parties in conducting a meaningful alternative dispute resolution process, the parties respectfully request a continuance of the Pretrial Conference to no earlier than April 4, 2104, and have all related dates and deadlines extended accordingly.

IT IS SO STIPULATED


DATED: *Dec 20*, 2013                        EQUALITY LAWYERS, LLP

                                             By _____
                                             LARRY A. ORGAN
                                             BARBARA E. FIGARI
                                             ROBERT F. FORDIANI
                                             Attorneys for Plaintiff Rosario Alonso

2

JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE

DATED: Dec 20, 2013        BERRY & BLOCK LLP

By _____
REX DARRELL BERRY
Attorneys for Defendant Walgreen Co.

The Pretrial Conference, currently set for February 11, 2014, is continued to April 8, 2014, at 1:30 p.m.

    IT IS SO ORDERED.

DATED: 1/22/2014, ~~2013~~

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISRATE JUDGE

JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE