**United States District Court**
For the Northern District of California

1   **\*E-Filed: March 6, 2014\***

2

3

4

5

6   NOT FOR CITATION

7   IN THE UNITED STATES DISTRICT COURT

8   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   SAN JOSE DIVISION

10  ROSARIO ALONSO,                              No. C12-06269 HRL

11            Plaintiff,                         **ORDER TO SHOW CAUSE RE:**
          v.                                     **SETTLEMENT**
12
    WALGREEN CO., ET AL.
13
              Defendants.
14  _____/

15       The Court having been notified that this case has settled, all pending motions, hearings, and

16  deadlines are terminated.

17       All parties shall appear on **April 1, 2014, at 10:00 am** in Courtroom 2, Fifth Floor, 280

18  South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed.

19  The parties shall file a Joint Statement in response to this Order to Show Cause no later than **March**

20  **25, 2014**.  The joint statement shall state (1) the status of the activities of the parties in finalizing

21  settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a

22  dismissal.  If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be

23  automatically vacated and no statement will be required.

24       **IT IS SO ORDERED**.

25  Dated: March 6, 2014

26                                              _____
27                                              HOWARD R. LLOYD
                                                UNITED STATES MAGISTRATE JUDGE
28

**C12-06269 HRL Order will be electronically mailed to:**

Barbara Emily Cowin Figari     barbara@figarilaw.com

Brian Samuel Crone     bcrone@berryblock.com, cperrault@berryblock.com

Lawrence Anthony Organ     larryaorgan@gmail.com, julianne@civilrightsca.com, matt@civilrightsca.com, rob@civilrightsca.com

Rex Darrell Berry     rberry@berryblock.com, cperrault@berryblock.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California