*E-Filed: April 1, 2014*

Lawrence A. Organ, State Bar No. 175503
Barbara E. Figari, State Bar No. 251942
Robert J.A. Fordiani, State Bar No. 256041
EQUALITY LAWYERS, LLP
407 San Anselmo Ave, Suite 201
San Anselmo, CA 94960
(415) 453-4740
(415) 785-7352
9100 Wilshire Boulevard, Suite 333E
Beverly Hills, CA  90210
(310) 910-9442
(310) 910-9446 FAX

Attorneys for Plaintiff
ROSARIO ALONSO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREEN CO., and DOES 1 – 50, inclusive,<br><br>    Defendants. | Case No. 5:12-CV-06269-HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** [PROPOSED ORFER THEREON]<br><br>**Complaint Filed:** September 26, 2012 |

IT IS HEREBY STIPULATED by and between the attorneys for Plaintiff ROSARIO ALONSO, and the attorneys for WALGREEN CO. that Plaintiff hereby dismisses this action in its entirety with prejudice pursuant to Rule 41 of the Federal Rule of Civil Procedure, with each party to bear its own costs and attorney's fees.

//

---

1

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED ORDER THEREON]
Case No. 5:12-CV-06269-HRL

| | |
|---|---|
| IT IS SO STIPULATED: | |
| Date: March 31, 2014 | EQUALITY LAWYERS |
| | |
| | LARRY ORGAN |
| | BARBARA FIGARI |
| | ROBERT FORDIANI |
| | Attorneys for Plaintiff |
| Date: March 31, 2014 | BERRY & BLOCK LLP |
| | /S/ |
| | REX DARRELL BERRY |
| | Attorneys for Defendants |

**ORDER PURSUANT TO STIPULATION**

Pursuant to the stipulation of the parties;

IT IS HEREBY ORDRED:

DATE: April 1, 2014

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

---

2

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED ORDER THEREON]

Case No. 5:12-CV-06269-HRL